Rev. 5/20

PROVIDED TO
CHARLOTTE CI
ON 4-6-21 FOR MAILING
BY CF

# United States District Court
## Middle District of Florida
### Fort Myers Division

2021 APR -9 PM 12:06

FILED

Powell, La'Marquis #Q24814

*(In the space above enter the full legal name of the plaintiff)*

-against-

Warden: Snyder ; officer(s) Gene , J. Farley,
Captain: Frost ; officer(s) J. Brunson, Walton,
O. Estrada, M. Thweatt, Steiner, Canistatic,
~~Sargent~~ sgt(s) Torres, Alverez

Case No. 2:21-CV-00298-SPC-MRM
*(To be filled out by Clerk's Office only)*

## COMPLAINT
*(Pro Se Confined Litigant)*

Jury Demand?
☐ Yes
☒ No

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)* Individual Capacity are
The Defendants sued

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

Rev. 5/20

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se confined litigants challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☑  42 U.S.C. § 1983 (state, county, or municipal defendants)

☐  Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

## II. PLAINTIFF INFORMATION

Powell La'Marquis O.
Name (Last, First, MI)                                             Aliases

#Q24814
Identification #

Charlotte Correctional Institution
Place of Detention

Charlotte Correctional Institution
Institutional Address

Punta Gorda                          Fl.               33955-9701
County, City                         State             Zip Code

## III. STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐  Pretrial detainee
☐  Civilly committed detainee
☐  Immigration detainee
☑  Convicted and sentenced state prisoner
☐  Convicted and sentenced federal prisoner

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: __Snyder__
Name (Last, First)

__Warden__
Current Job Title

__Charlotte C.I. 33123 Oil well Rd.__
Current Work Address

__Punta Gorda__          __Fl.__          __33955-9701__
County, City              State            Zip Code


Defendant 2: __Cpt. Frost__
Name (Last, First)

__Captain__
Current Job Title

__Charlotte C.I. 33123 Oil well Rd.__
Current Work Address

__Punta Gorda__          __Fl.__          __33955-9701__
County, City              State            Zip Code

(3)

**Defendant(s) Continued**

Defendant 3: Torres
Name (Last, First)

Sargent
Current Job Title

Charlotte C.I. 33123 Oil Well Rd.
Current Work Address

Punta Gorda   Fl   33955-9701
County, City   State   Zip Code

Defendant 4: M. Thweatt
Name (Last, First)

Officer
Current Job Title

Charlotte CI 33123 Oil Well Rd.
Current Work Address

Punta Gorda   Fl   33955-9701
County, City   State   Zip Code

[Additional Defendants Must Be Listed on a Separate Sheet Titled Section IV]

Defendant 5: <u>Canistatic</u>
Name (Last, First)
<u>Officer</u>
Current Job title
<u>Charlotte C.I   33123 oil well rd.</u>
Current work address
<u>Punta Gorda Fl. 33955-9701</u>
County City State Zip code

Defendant 6: <u>Gene</u>
Name (Last, First)
<u>Officer</u>
Current Job title
<u>Charlotte C.I. 33123 oil well rd.</u>
Current work address
<u>Punta Gorda Fl. 33955-9701</u>
county city state zip code

Defendant 7: <u>Brunson</u>
Name (Last, First)
<u>Officer</u>
Current Job title
<u>Charlotte C-I  33123 oil well rd</u>
Current work address
<u>Punta Gorda Fl. 33955-9701</u>
County City State Zip code

Defendant 8: <u>Walton</u>
Name (Last, First)
<u>Officer</u>
Current Job Title
<u>Punta Gorda Fl. 33955-9701</u>
County City State Zipcode
<u>Charlotte C.I. 33123 Oil Well Rd.</u>
Current work address

(5)

Defendant 9: Steiner
Name (Last, First)
Officer
Current Job Title
Charlotte C.I. 33123 Oil Well Rd.
Current work Address
Punta Gorda Fl. 33955-9701
County City State Zip Code

Defendant 10: Alverez
Name (Last, First)
Sargent
Current Job Title
Charlotte C.I. 33123 Oil Well Rd.
Current work address
Punta Gorda Fl. 33955-9701
County City State Zip Code

Defendant 11: J. Farley
Name (Last, First)
Officer
Current Job Title
Charlotte C.I. 33123 Oil Well Rd.
Current work address
Punta Gorda Fl. 33955-9701
County City State Zip Code

Defendant 12: O. Estrada
Name (Last, First)
Officer
Current Job Title
Charlotte C.I. 33123 Oil Well Rd.
Current work address
Punta Gorda Fl. 33955-9701
County City State Zip Code

(6)

Rev. 5/20

## V. STATEMENT OF CLAIM

Place(s) of occurrence: Charlotte Correctional Institution

Date(s) of occurrence: 3-1-2021, 3-2-2021, 3-6-2021; 3-12-2021

State which of your federal constitutional or federal statutory rights have been violated:

8th and 14th Amendment U.S. Const.
Fla. Const. Art. (I) section (9); (17)

State here briefly the FACTS that support your case. See Fed. R. Civ. P. 8. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you. All facts shall be set forth in separately numbered paragraphs. See Fed. R. Civ. P. 10(b).

FACTS:

> What happened to you?

Imminent Danger. The Danger is on going, even at the filing of this lawsuite. The Top Prison Officals Warden is Allowing his subordinate to torture, torment, Retaliate, and subject Inmates to cruel and Inhumane Treatment.

(1) On 3-1-2021 Inmate J. Bowden # J31184 had a verbal Confrontation with Officers Here at Charlotte C-I. Golf dorm Wing 3. However The officers told Bowden # J31184 They would deal with him.

(2) On 3-2-2021 The next day the officers came to Inmate J. Bowden # J31184 cell and told him that he had a medical Call out.

(3) So The officer hand-cuffed Bowden and shackled him behind his back and under The Guise He Had a -

Page 5 of 10

(7)

medical call-out.

| Who did what? | (4) Once Out the cell The officers used excessive force on Inmate Bowden, Retaliating on him for the 3-1-2021 Incident. |

(5.) Captain Frost. And his "Goons, Hit-men, Enforcers, Assassins, Can be seen and heard on Audio-Video equipment wing 3 Golf-Dorm 3-2-2021 from Approximately 8:00am to 10:45am beating, Punching and assaulting inmate Bowden. Thats when the Other inmates who was Inside The cells went to Kicking and beating On The cell doors yelling for The officers to stop beating and Punching inmate C. Bowden.

(6) IT should be noted that the Warden and other top Level officials at Charlotte allow subordinates to Torturue, Torment, retaliate and subject inmates to cruel and inhumane Treatment at The hands of subordinate officer's To (install fear) Into the inmates.

(7.) The Imminent danger, Is ongoing At Charlotte C.I. AT The Present Filing of this Lawsuite And After. The Plaintiff and other inmates is subjected daily To serious Physical Injuries. The Top prison Administors are allowing Their subordinate officers To Torture, Torment inmates to install (Fear) in inmates.

[Additional Facts Must Be Set Forth in an Attachment Titled Section V]

(8)

(8) Stripp cell, Property Restriction, Management Meal. This Incident directly deal with the Plaintiff and other inmate.

> Was anyone else involved?

(9) The Issue Listed in number (8) is what this Lawsuite Is based on.

(10) On March Saterday 6, 2021 while housed in cell G-3104. I and approximately (10) other inmates in surrounding cells was put on strippcell status.

(11) The reason that staff alleged Powell was forced on strip cell status with approximately ten (10) other inmates due to the following:

(12) Was said that cups and spoons where in my cell.

(13) Powell was forced on stripcell, Property Restriction, management meal with (10) other inmates, for witnessing and speaking up about the Beating of inmate Bowden # J31184 a review of all video/Audio will show This.

(14) So on March Saterday 6, 2021 out of "Retaliation" Cpt. Frost and his Hit-man, Goons, Enforcers, Assassins came back to Golf-Dorm wing 3 and systematically and Randumly went to just picking cells "Striping Them, Taking There property, Taking their regular food trays and –

(9)

forceing Them on management meals".

(15) Inmates were left in "(Boxes shorts & Shower Slides)".

(16) Inmates were never a threat to Security.

(17) It is undisputed, however, that the inmates were not put on this Status for being saicidal or dangerous to self or others.

(18) From March sat 6, 2021 to March Tue. 9, 2021, 72 Hours, 3½ days we was Kept on strip-status and on the 9th we were taken off strip cell and property Restriction.

(19) On 3-9-2021 Powell #Q24814 suffered from being naked and striped of all property sleeping on Raw Cold Steal in (50) To (45) degree cold weather as well as others.--

(20) Powell and (10) others while on closemanagement Status was Transferred to punitive measure, into isolation, without Adequate "[clothing or bedding] fully support that an Eighth Amendment violation was Establish under the U.S. Const. 8th Amend, Fla. Const. Art. (1) sec. (17) And see Maxwell v. Mason, 668 F.2d 369 (8th Cir. 1981).

(21) The courts today would condem without reservation These inmates confinment under the present conditions.

(22) The inmates were deprived of "Shirt, socks, pants, Tee-shirt, mattress, sheets, towles, Pillows, Pillowcase, All personal property, blankets, soap, Tooth brush". Thus the court would conclude this unconstitutional..

(10)

(23) Maxwell v. Mason, 668 F.2d 369 (8th cir. 1981)(The deprivation of clothing and bedding to bear "No measure under the facts of this case "and amount to "An unnecessary Infliction of Pain". Such treatment was "Wholly In consistent with the current minimum standards of respect for the dignity of Human beings).

(24) Charlotte C.I. Top administrators Wardens, Duty Wardens, Colonel, majors are all trying to (Install Fear) into the inmates by allowing subordinate Officers and Sgt. Alike to subject (Fource) inmates into "Torment, Torture, abuse, Humiliation, Cruel and unusual Treatment."

(11)

## VI. ADMINISTRATIVE PROCEDURES

*WARNING:* **Prisoners** *must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

(1) That the court take "Emergency action".
(2) That the Federal Marshal, FBI, FdIE "be Instructed to investigate this matter and take action.
(3) To stop the ongoing Torture, Torment, Retaliation, Harassment, Abuse, Inhumane Treatment.
(4) These cases be "Certified as a class action".
(5) That a lawyer be appointed to represent the class of strip cell, property restriction, management, meal inmates "From 3-6-2021 to 3-12-2021.
(6) Compensatory Damages of 350,000.00 dollars
(7) Punitive damages of 550,000.00 dollars
(8) Whatever other relief the court deem appropriate.

(12)

## VIII. LITIGANT'S LITIGATION HISTORY

*The "three strikes rule" bars a **prisoner** from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g)*

### ALL LITIGANTS MUST ANSWER:.

Have you to date brought any other lawsuits in state or federal court while a confined?    ☐ Yes    ☒ No

If yes, how many? "Imminent Danger"

Number each different lawsuit below and include the following:
- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

This case is one of "Imminent Danger". The danger is ongoing. The Imminent Danger of serious physical injury is ongoing even at the time of the filing of this lawsuite and after the filing of this lawsuite if the court don't take jurisdiction and action. Top Prison Administrators is allowing there subordinates to torture, torment, retaliate, and abuse, Humiliate and subject inmates to on going cruel and inhumane treatment.

Inmates subjected to "Imminent Danger" Past, Present, Future.

(13)

IX.  PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. **I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

April 6th 2021
Dated

Plaintiff's Signature

Powell La'Marquis O.
Printed Name (Last, First, MI)

#Q24814
Identification #

Charlotte Correctional Ins.
33123 Oil Well Rd.
Institutional Name

Punta Gorda
City

Fl.
State

33955-7101
Zip Code

(14)